# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| JOAN S. AKERS, Individually and as Executrix of the Estate of ROBERT H. AKERS, Deceased,<br><br>Plaintiff,<br><br>Vs.<br><br>A.W. CHESTERTON COMPANY, et al<br><br>Defendants. | Civil Action No. 2:15-cv-05017-RMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND GENERAL ELECTRIC COMPANY

COME NOW Plaintiff Joan S. Akers, Individually and as Executrix of the Estate of Robert H. Akers, Deceased, by and through undersigned counsel, and with the consent of Defendant General Electric Company, by and through undersigned counsel, voluntarily dismisses the above-captioned matter with prejudice only as to General Electric Company pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiff expressly reserves her rights to proceed against all other defendants as filed.

This the 29th day of July, 2016.

MOTLEY RICE

By: */s/ W. Christopher Swett*
*(signed with express permission jmt)*
W. Christopher Swett
SC Federal Bar No. 11177
MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant SC 29465
Telephone: 843-216-9000
cswett@motleyrice.com
Attorneys for Plaintiff

EVERT WEATHERSBY HOUFF

By: */s/ Jennifer M. Techman*
Jennifer M. Techman
SC Federal Bar No. 8028
EVERT WEATHERSBY HOUFF
3455 Peachtree Road, Suite 1550
Atlanta, Ga. 30326
Telephone: 678-651-1200
JMTechman@EWHlaw.com
Attorneys for Defendant General Electric Company

1286578.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| JOAN S. AKERS, Individually and as Executrix of the Estate of ROBERT H. AKERS, Deceased | ) ) ) |
| Plaintiff, | ) Civil Action No. 2:15-cv-05017-RMG ) ) |
| Vs. | ) ) |
| A.W. CHESTERTON COMPANY, et al | ) ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

On July 29, 2016, the foregoing Stipulation of Dismissal With Prejudice between Plaintiff and General Electric Company was served on all counsel of record in the captioned matter by using the CM/ECF system.

*/s/ Jennifer M. Techman*
Jennifer M. Techman
SC Federal Bar No. 8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 - Telephone
JMTechman@ewhlaw.com

1286578.1